**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00939-CV

### JACK LAGOS, Appellant

### V.

### PLANO ECONOMIC DEVELOPMENT BOARD, INC., PHIL DYER AND SALLY BANE, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00663-2013**

## ORDER

Before the Court is appellant's motion to extend time to file his notice of appeal. We

**GRANT** the motion. Appellant's July 18, 2014 notice of appeal shall be treated as timely filed

for jurisdictional purposes.


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE